07 CIV 9564

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 16 2007

FILED

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION



FILED
OCT 26 2007
S.D. OF N.Y.

IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION
Carrie Smith, et al. v. Merck & Co., Inc., et al., )
C.D. California, C.A. No. 2:07-4655 )   MDL No. 1789

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE NOVEMBER 29, 2007, HEARING SESSION

A conditional transfer order was filed in this action (*Smith*) on August 22, 2007. Prior to expiration of that order's 15-day stay of transmittal, plaintiffs in *Smith* filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiffs wish to withdraw their opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-32" filed on August 22, 2007, is LIFTED insofar as it relates to this action. The action is transferred to the Southern District of New York for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable John F. Keenan.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on October 12, 2007, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A CERTIFIED TRUE COPY

OCT 16 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

BY _____



(PJWx), DISCOVERY, RELATED-G, STAYED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-04655-FMC-PJW

Carrie Smith et al v. Merck & Co Inc et al
Assigned to: Judge Florence-Marie Cooper
Referred to: Magistrate Judge Patrick J. Walsh
Related Case: 2:06-cv-05378-FMC-PJW
Case in other court: Superior Court of CA for the
                      County of Los Angeles, BC374219
Cause: 28:1446pl Notice of Removal - Product Liability

Date Filed: 07/18/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carrie Smith**          represented by  **Bruce Mayfield**
Feinberg Grant Mayfield Kaneda and Litt
Two San Joaquin Plaza, Suite 180
Newport Beach, CA 92660
949-554-0707
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
Feinberg Grant Mayfield Kaneda and Litt
2 San Joaquin Plaza, Suite 180
Newport Beach, CA 92660
949-554-0700
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
Feinberg Grant Mayfield Kaneda and Litt
2 San Joaquin Plaza, Suite 180
Newport Beach, CA 92660
949-250-0700
*LEAD ATTORNEY*



*ATTORNEY TO BE NOTICED*

**William B Curtis**
Miller Curtis and Weisbrod
11551 Forest Central Dr
Suite 300
Dallas, TX 75243-3924
888-987-0005
Email: bcurtis@mcwlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Coro Paxton**                 represented by **Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tom Paxton**                  represented by **Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



|  |  |
|---|---|
|  | **Ross W Feinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **William B Curtis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Nida Strange** represented by **Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ellen Massengill** represented by **Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |
|---|---|
|  | **Ross W Feinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William B Curtis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Peggy Creech** | represented by **Bruce Mayfield**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph Kaneda**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ross W Feinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**William B Curtis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Mary Bentley** | represented by **Bruce Mayfield**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Joseph Kaneda**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Ross W Feinberg** |



(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Friedman**     represented by **Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ella Luzier**     represented by **Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Angelina Grbac**     represented by **Alexandra V Boone**
Miller Curtis and Weisbrod
11551 Forest Central Drive Suite 300
Dallas, TX 75243
214-987-0005
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eileen Richardson**    represented by **Alexandra V Boone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ann Nelson**     represented by **Alexandra V Boone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrice Ballum**      represented by **Alexandra V Boone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mary Ann Guemelata**      represented by **Alexandra V Boone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)



*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lauretta Tedford**     represented by **Alexandra V Boone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lee Ann Olson**     represented by **Alexandra V Boone**
(See above for address)
*LEAD ATTORNEY*



*ATTORNEY TO BE NOTICED*

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William B Curtis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Margaret Schueller** | represented by | **Alexandra V Boone** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Bruce Mayfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph Kaneda**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ross W Feinberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



|  |  |
|---|---|
|  | **William B Curtis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Plaintiff**<br>**Marilyn Rubenzer** | represented by **Alexandra V Boone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Bruce Mayfield**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Joseph Kaneda**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **Ross W Feinberg**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  | **William B Curtis**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | |
|---|---|
| **Merck & Co Inc** | represented by **Douglas C Emhoff**<br>Venable<br>2049 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>310-229-9900<br>Email: demhoff@venable.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Jeffrey M Tanzer
Venable
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
310-229-9900
Email: jtanzer@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**  represented by  **Anthony G Brazil**
Morris Polich & Purdy
1055 West 17th St, 24th Fl
Los Angeles, CA 90017-2503
213-891-9100
Email: abrazil@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan S Wynne**
Morris Polich & Purdy
1055 W 7th St, 24th Fl
Los Angeles, CA 90017-2503
213-891-9100
Email: mwynne@mpplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wendi J Frisch**
Morris Polich and Purdy
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
213-891-9100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/18/2007 | 1 | NOTICE OF REMOVAL from Superior Court of CA for the County of Los Angeles, case number BC374219 with conformed filed copy of summons and complaint. Case assigned to Judge Manuel L. Real, Discovery to Magistrate Judge Carla M. Woehrle. (Filing fee $ 350 |



| | | |
|---|---|---|
| | | PAID.), filed by Defendant Merck & Co Inc. (et) (Entered: 07/25/2007) |
| 07/18/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Defendant Merck & Co Inc. (et) (Entered: 07/25/2007) |
| 07/18/2007 | | FAX number for Attorney Alexandra V Boone, William B Curtis is 214-739-4732. (et) (Entered: 07/25/2007) |
| 07/18/2007 | | FAX number for Attorney Ross W Feinberg, Joseph Kaneda, Bruce Mayfield is 949-554-0707. (et) (Entered: 07/25/2007) |
| 07/18/2007 | | FAX number for Attorney Douglas C Emhoff, Jeffrey M Tanzer is 310-229-9901. (et) (Entered: 07/25/2007) |
| 07/18/2007 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Alexandra V Boone for Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. (et) (Entered: 07/25/2007) |
| 07/18/2007 | | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney William B Curtis for Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. (et) (Entered: 07/25/2007) |
| 07/18/2007 | 4 | NOTICE of Related Case(s) filed by Defendant Merck & Co Inc. Related Case(s): CV 06-5378 FMC (PJWx) and other related cases (rn) (Entered: 07/26/2007) |
| 07/25/2007 | 3 | NOTICE TO COUNSEL by Judge Manuel L. Real: This case has been assigned to the calendar of Judge Manuel L Real. Counsel are advised that the Court expects strict compliance with the provisions of the LR and the FRCP. Noncompliance may lead to the imposition of sanctions which may include the striking of pleadings and entry of judgment or dismissal of the action. (See document for further details.)(pcl) (Entered: 07/26/2007) |
| 07/27/2007 | 8 | NOTICE of "Notice to Counsel" filed by defendant, Merck & Co., Inc. (ear) (Entered: 08/14/2007) |
| 08/08/2007 | 5 | ANSWER to Complaint [1] filed by defendant Merck & Co Inc.(pcl) |

| | | |
|---|---|---|
| | | (Entered: 08/09/2007) |
| 08/10/2007 | 6 | ANSWER to Complaint [1] filed by defendant McKesson Corporation.(pcl) (Entered: 08/14/2007) |
| 08/10/2007 | | FAX number for Attorneys Anthony G Brazil, Wendi J Frisch, Megan S Wynne is 213-488-1178. (pcl) (Entered: 08/14/2007) |
| 08/10/2007 | 7 | CERTIFICATION as to Interested Parties filed by Defendant McKesson Corporation. (pcl) (Entered: 08/14/2007) |
| 08/14/2007 | 9 | APPLICATION of William B Curtis for Leave to Appear Pro Hac Vice. FEE PAID. filed by plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. Lodged proposed order. (pcl) (Entered: 08/15/2007) |
| 08/20/2007 | 10 | ORDER by Judge Manuel L. Real: Granting [9] Application to Appear Pro Hac Vice by Attorney William B Curtis on behalf of Plaintiffs Carrie Smith, et al., designating Joseph Kaneda as local counsel.(pcl) (Entered: 08/21/2007) |
| 08/22/2007 | 17 | NOTICE OF DISCREPANCY AND ORDER: by Judge Manuel L. Real, ORDERING Plaintiffs opposition to defendant Merck and Co Inc';s removal, notice of motion, motion to remand action and brief submitted by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer received on 8/7/2007 is not to be filed but instead rejected. Denial based on: This document is actually a notice and motion to remand which requires a motion date.(pj) (Entered: 08/30/2007) |
| 08/23/2007 | 11 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 07.02 -Related Case- filed. Related Case No: CV 06-5378 FMC (PJWx). Case transfered from Judge Manuel L. Real and Carla Woehrle to Judge Florence-Marie Cooper and Patrick J. Walsh for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 07-4655 FMC (PJWx).Signed by Judge Florence-Marie Cooper (rn) (Entered: 08/23/2007) |
| 08/23/2007 | 13 | NOTICE OF MOTION AND MOTION to Stay Case Proceedings filed by Defendant Merck & Co Inc.Motion set for hearing on |

| | | |
|---|---|---|
| | | 9/17/2007 at 10:00 AM before Judge Florence-Marie Cooper. Lodged Proposed Order. (bho) (Entered: 08/28/2007) |
| 08/23/2007 | 14 | REQUEST FOR JUDICIAL NOTICE In Support of Defendant Merck & Co., Inc.'s MOTION to Stay Case Proceedings[13] filed by Defendant Merck & Co Inc. (bho) (Entered: 08/28/2007) |
| 08/24/2007 | 12 | MINUTES (IN CHAMBERS) by Judge Florence-Marie Cooper: This action has been reassigned to the Honorable Florence-Marie Cooper, United States District Judge. Please substitute the initials FMC in place of the initials R. The case number will now read: 2:07-cv-04655-FMC-PJWx. Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782. Judge Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, courtroom #750. Defendant's Motion to Stay, filed on 8/23/2007 is hereby set for hearing on 9/24/2007 at 10:00 a.m. with Judge Cooper. (See document for further details.) (pcl) (Entered: 08/27/2007) |
| 08/27/2007 | 18 | NOTICE Of Related Case Transfer filed by Defendant Merck & Co Inc. (rn) (Entered: 08/31/2007) |
| 08/27/2007 | 19 | NOTICE OF MOTION AND MOTION to Amend/Correct [14] Request for Judicial Notice, Request for Relief, filed by Defendant Merck & Co Inc. Motion set for hearing on 9/17/2007 at 10:00 AM before Judge Florence-Marie Cooper. (bho) (Entered: 09/05/2007) |
| 08/28/2007 | 15 | PLAINTIFF'S REQUEST for ORAL HEARING filed by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. Lodged Proposed Order. (shb) (Entered: 08/29/2007) |
| 08/28/2007 | 20 | NOTICE OF MOTION AND MOTION to Amend/Correct [13] MOTION to Stay Case pending Proceedings filed by Defendant Merck & Co Inc.Motion set for hearing on 9/24/2007 at 10:00 AM before Judge Florence-Marie Cooper. (bho) (Entered: 09/05/2007) |
| 08/30/2007 | 16 | MINUTES OF IN CHAMBERS ORDER ON PLAINTIFF'S REQUEST held before Judge Florence-Marie Cooper : re: REQUEST for Order for ORAL HEARING[15]. The Request for Oral Hearing is DENIED AS MOOT.(ama) (Entered: 08/30/2007) |
| 09/10/2007 | 22 | PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INCL'S REMOVAL, NOTICE OF MOTION, MOTION TO |

| | | |
|---|---|---|
| | | REMAND ACTION AND BRIEF IN SUPPORT filed by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. (ama) (Entered: 09/12/2007) |
| 09/12/2007 | 21 | NOTICE OF DOCUMENT DISCREPANCIES AND ORDER by Judge Florence-Marie Cooper ORDERING PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INC.'S REMOVAL, NOTICE OF MOTION, MOTION TO REMAND ACTION AND BRIEF IN SUPPORT submitted by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer received on September 10, 2007 to be filed and processed; filed date to be the date the document was stamped Received but not Filed with the Clerk.(ama) (Entered: 09/12/2007) |
| 09/14/2007 | 25 | OPPOSITION to MOTION to Stay Case pending Proceedings[13], filed by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. (bho) (Entered: 09/20/2007) |
| 09/17/2007 | 23 | ORDER GRANTING MOTION TO STAY PROCEEDINGS by Judge Florence-Marie Cooper: re Motion to Stay [13]. IT IS HEREBY ORDERED that all proceedings in this action are stayed pending transfer of the action to MDL Proceeding No. 1789, In re Fosamax Products Liability Litigation, in the Southern District of New York, or until further order of this Court.(ama) Modified on 9/19/2007 (ama, ). (Entered: 09/19/2007) |
| 09/17/2007 | 26 | REPLY BRIEF in support MOTION to Stay Case pending Proceedings[13] and OPPOSITION to Plaintiff's "Notice of Motion, Motion to Remand" filed by Defendant Merck & Co Inc. (vm) (Entered: 09/21/2007) |
| 09/17/2007 | 27 | REQUEST FOR JUDICIAL NOTICE in support of Reply Brief in support of MOTION to Stay Case pending Proceedings[13] filed by defendant Merck & Co Inc. (vm) (Entered: 09/21/2007) |

| 09/18/2007 | 24 | CERTIFICATE of Interested Parties filed by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. (mg) (Entered: 09/20/2007) |
|---|---|---|
| 09/18/2007 | 28 | OPPOSITION TO DEFENDANT MERCK AND CO INC'S REMOVAL, NOTICE OF MOTION, MOTION TO REMAND ACTION AND BRIEF in support filed by Plaintiffs Tom Paxton, Nida Strange, Ellen Massengill, Peggy Creech, Mary Bentley, Mary Friedman, Carrie Smith, Ella Luzier, Angelina Grbac, Eileen Richardson, Ann Nelson, Patrice Ballum, Mary Ann Guemelata, Lauretta Tedford, Lee Ann Olson, Coro Paxton, Margaret Schueller, Marilyn Rubenzer. (esa) (Entered: 09/26/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/30/2007 05:07:08 | | | |
| PACER Login: | us5070 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-04655-FMC-PJW |
| Billable Pages: | 8 | Cost: | 0.64 |