William B. Curtis
Miller, Curtis & Weisbrod, LLP
11551 Forest Central Drive, Ste 300
Dallas, TX 75243

FILED
CLERK, U S DISTRICT COURT

AUG 20 2007.

CENTRAL DISTRICT OF CALIFORNIA
BY      DEPUTY

LODGED 2007 AUG 14 PM 12: 09 DISTRICT COURT DIST. OF CALIF. LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE SMITH, ET AL. <br><br> Plaintiff(s) <br><br> v. <br><br> MERCK & CO., INC., ET AL. <br><br> Defendant(s). | **CASE NUMBER** <br><br> CV 07-4655 R (CWx) <br><br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of ___William B. Curtis___,

*Applicant's Name*

of ___Miller, Curtis & Weisbrod, LLP___ for permission to appear and participate in the above-entitled

*Firm Name*

action on behalf of ☒ Plaintiff    ☐ Defendant    ___Carrie Smith, et al.___

and the designation of ___Joseph Kaneda___ of ___Feinberg Grant Mayfield Kaneda & Litt, LLP___

*Local Counsel Designee*       *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated **Aug. 20, 2007**

U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM

AUG 21 2007

BY    053

---

G-64 ORDER (06/05)      ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE