P Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   2:07-cv-04655-FMC-PJWx                    Date   August 24, 2007

Title   Carrie Smith et al v. Merck & Co Inc et al

---

Present: The Honorable   FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:               Attorneys Present for Defendants:

Not present                                          Not present

**Proceedings:**       ORDER ON TRANSFER OF CASE TO JUDGE COOPER    (In Chambers)

This action has been reassigned to the HONORABLE FLORENCE-MARIE COOPER, United States
District Judge.

Please substitute the initials FMC in place of the initials R.  The case number will now read:
2:07-cv-04655-FMC-PJWx.  Henceforth, it is imperative that the initials FMC be used on all documents
to prevent any delays in processing of documents.

Judge Cooper's courtroom deputy clerk is Alicia Mamer and can be reached at (213) 894-1782.  Judge
Cooper's courtroom is located on the 7th floor of the Roybal Federal Building, Courtroom # 750.
**Additional information about Judge Cooper's procedures can be found on her website profile at
www.cacd.uscourts.gov.** The Court will entertain appearances by telephone for all status conferences,
scheduling conferences and oral argument on motions.  *If you wish to appear by telephone, you must.*

> (i) notify the clerk at least two days in advance of **each appearance date**
> (ii) provide the clerk with the telephone number at which the Court can reach you (land lines, only, no cellular
> phones)
> (iii) agree to be available at that number for up to one hour from the time of the scheduled appearance

**XX**   <u>Defendant's Motion to Stay, filed on August 23, 2007 is hereby set for hearing on September 24,
2007 at 10:00 a.m. with Judge Cooper.</u>



DOCKETED ON CM

AUG 27 2007

BY _____ 053

Initials of Preparer   AM          :   N/A

---