P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. 2:07-cv-04655-FMC-PJWx | Date August 30, 2007 |
| Title Carrie Smith et al v. Merck & Co Inc et al | |

Present: The Honorable **FLORENCE-MARIE COOPER**

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Attorneys Present for Defendants:

Not present    Not present

**Proceedings:** ORDER ON PLAINTIFF'S REQUEST  (In Chambers)

The Court is in receipt of Plaintiff's Request for Oral Hearing (docket #15). The Request refers to an Opposition to Defendant's Removal, and Motion to Remand. The docket does not reflect that such Opposition and Motion was ever filed with the Court. Neither Judge Cooper, nor Judge Real (to whom the case was previously assigned) has seen such an Opposition and Motion. Therefore, the Request for Oral Hearing is DENIED AS MOOT.

Initials of Preparer  AM

N/A

#16

DOCKETED ON CM
AUG 3 0 2007
BY _____ 085

CV-90 (06/04)    CIVIL MINUTES - GENERAL    Page 1 of 1