VENABLE LLP
DOUGLAS C. EMHOFF (Cal. Bar No. 151049)
JEFFREY M. TANZER (Cal. Bar No. 129437)
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
E-mail: demhoff@venable.com
E-mail: jtanzer@venable.com

Attorneys for Defendant
MERCK & CO., INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE SMITH, et al., | CASE NO.: CV07-4655 R (CWx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS |
| vs. | |
| MERCK & CO., INC. and McKESSON CORPORATION, | |
| Defendants. | |

FMC (PJWx)

The Court has considered and reviewed the motion of Defendant Merck & Co., Inc. for an order staying this action pending transfer to *In re Fosamax Prods. Liab. Litig.*, MDL No.1789 For the reasons set forth therein, and good cause appearing,

IT IS HEREBY ORDERED that all proceedings in this action are stayed pending transfer of the action to MDL Proceeding No. 1789, *In re Fosamax Products Liability Litigation*, in the Southern District of New York, or until further order of this Court.

DATED: Sept. 14, 2007

*[signature]*
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, #2100, Los Angeles, California 90067.

On August 23, 2007, I served the foregoing document(s) described as **[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS** on the interested parties in this action addressed as follows:

SEE ATTACHED SERVICE LIST

☒ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☐ **BY PERSONAL SERVICE (CCP §1011):** I delivered such envelope(s) by hand to the addressee(s) as stated above.

☒ **BY MAIL (CCP §1013(a)&(b)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

☐ **BY OVERNIGHT DELIVERY (CCP §1013(c)&(d)):** I am readily familiar with the firm's practice of collection and processing items for delivery with Overnight Delivery. Under that practice such envelope(s) is deposited at a facility regularly maintained by Overnight Delivery or delivered to an authorized courier or driver authorized by Overnight Delivery to receive such envelope(s), on the same day this declaration was executed, with delivery fees fully provided for at 2049 Century Park East, #2100 Los Angeles, California, in the ordinary course of business.

Executed on August 23, 2007, at Los Angeles, California

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

_/s/ Jesse Rodriguez_

3

[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS

# ATTACHED SERVICE LIST

Ross W. Feinberg  *Attorneys for Plaintiffs*
Bruce G. Mayfield
Joseph Kaneda
Feinberg Grant Mayfield Kaneda & Litt LLP
2 San Joaquin Plaza, Suite 180
Newport Beach, California 92660

William B. Curtis
Alexandra V. Boone
Miller Curtis & Weisbrod
11551 Forest Central Drive, Suite 300
Dallas, TX 75243

Anthony G. Brazil, Esq.  *Attorneys for Defendant McKesson Corporation*
MORRIS POLICH & PURDY
1055 W. Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel: 213 891-9100
Fax: 213 488-1178