**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **IN RE:** | ) |
|  | ) |
| **FOSAMAX PRODUCTS LIABILITY LITIGATION** | ) |
|  | ) |
| *This Document Relates To*: | ) |
|  | ) |
| **CARRIE SMITH, et al** | ) |
|  | ) **1:06-MD-1789 (JFK)** |
| **PLAINTIFFS,** | ) |
|  | ) |
| **-vs.-** | ) **Cause No. <u>1:07-CV-09564-JFK</u>** |
|  | ) |
|  | ) |
| **MERCK & CO., INC. and MCKESSON CORPORATION** | ) |
|  | ) |
| **DEFENDANT.** | ) |
|  | ) |

## <u>NOTICE OF APPEARANCE</u>

TO THE CLERK:

    Kindly enter my appearance on behalf of plaintiffs in the above captioned matter.

Dated: October 31, 2007

                          Respectfully submitted,

                          <u>/s/ William B. Curtis</u>
                          **WILLIAM B. CURTIS**
                          Texas State Bar No. 00783918
                          **LAW OFFICES OF MILLER AND CURTIS, L.L.P.**
                          11551 Forest Central Drive, Suite 300
                          Dallas, Texas 75243-3924
                          Telephone:  (214) 987-0005
                          Fax:  (214) 739-4732
                          E-Mail:  bcurtis@mcwlawfirm.com

                          **ATTORNEY FOR PLAINTIFFS**

**Certificate of Service**

I hereby certify that on October 31, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and additionally sent electronic notification to counsel as follows:

| | |
|---|---|
| Anthony G. Brazil<br>Morris, Polich & Purdy, LLP<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017-2503 | Bruce Mayfield<br>Feinberg, Grant, Mayfield, Kaneda & Litt<br>2 San Joaquin Plaza, Suite 180<br>Newport Beach, CA 92660 |
| Douglas C. Emhoff<br>Venable, LLP<br>2049 Century Park East<br>21st Floor<br>Los Angeles, CA 90067 | Christopher A. Seeger<br>Seeger Weiss<br>One William Street, 10th Floor<br>New York, NY 10004-2502 |
| M. King Hill, III<br>Venable, LLP<br>210 Allegheny Avenue<br>Towson, MD 21204 | Terry O. Tottenham<br>Fulbright & Jaworski, LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701-2011 |
| Katharine R. Latimer<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>9th Floor<br>Washington, DC 20005 | Christina L. Gaarder<br>Venable, LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201-2978 |
| Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 | Christopher A. Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004 |
| Vance Andrus<br>Andrus, Boudreaux, Lemoine & Tonore<br>1775 Sherman Street<br>Denver, CO 80203 | Russel H. Beatie<br>Beatie & Osborn, LLP<br>34th Floor<br>521 5th Avenue<br>New York, NY 10175 |

/s/ William B. Curtis
**William B. Curtis**