IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> **FOSAMAX PRODUCTS LIABILITY LITIGATION** <br><br> *This Document Relates To*: <br><br> **CARRIE SMITH, et al** <br><br> PLAINTIFFS, <br><br> -vs.- <br><br> **MERCK & CO., INC. and MCKESSON CORPORATION** <br><br> DEFENDANT. | **1:06-MD-1789 (JFK)** <br><br><br> Cause No. <u>**1:07-CV-09564-JFK**</u> |

## NOTICE OF MOTION TO REMAND

Plaintiffs in the above mentioned lawsuit ("The Lawsuit") respectfully request that this Court remand this cause back to the Superior Court of Los Angeles in California State Court. The Lawsuit was initially filed in state court before it was improvidently removed by Merck, one of the Defendants. Defendant's motion for stay pending transfer was granted by the district judge though the Plaintiffs' Motion for Remand, challenging federal jurisdiction, was pending and set for hearing only a week after the stay order. Because the federal courts lack jurisdiction, rendering remand appropriate, this court should vacate the transfer so that the matter may be remanded to the appropriate state court. A supporting memorandum accompanies this motion.

Date October 31, 2007.

-1-

                                         Respectfully submitted,

By:    s/William B. Curtis
        William B. Curtis, Esq.,
        Texas State Bar No. 00783918
        **MILLER CURTIS & WEISBROD, L.L.P.**
        11551 Forest Central Dr., Suite 300
        Dallas, TX 75243
        Tel: (214) 987-0005
        Fax: (214) 739-4732

        and

        Joseph Kaneda, Esq. SBN 160336
        California State Bar No. 160336
        **FEINBERG GRANT MAYFIELD KANEDA &**
            **LITT, L.L.P.**
        4695 MacArthur Court, Suite 430
        Newport Beach, CA 92660
        Phone: (949) 250-5955
        Facsimile: (949) 250-7455


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Motion to Remand* was served in accordance with Case Management Order No. 3 and this Court's Procedures for Electronic Case Filing, , this 31st day of October, 2007.

| | |
|---|---|
| Anthony G. Brazil<br>Morris, Polich & Purdy, LLP<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017-2503 | Bruce Mayfield<br>Feinberg, Grant, Mayfield, Kaneda & Litt<br>2 San Joaquin Plaza, Suite 180<br>Newport Beach, CA 92660 |
| Douglas C. Emhoff<br>Venable, LLP<br>2049 Century Park East<br>21st Floor<br>Los Angeles, CA 90067 | Christopher A. Seeger<br>Seeger Weiss<br>One William Street, 10th Floor<br>New York, NY 10004-2502 |

| | |
|---|---|
| M. King Hill, III<br>Venable, LLP<br>210 Allegheny Avenue<br>Towson, MD 21204 | Terry O. Tottenham<br>Fulbright & Jaworski, LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701-2011 |
| Katharine R. Latimer<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>9th Floor<br>Washington, DC 20005 | Christina L. Gaarder<br>Venable, LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201-2978 |
| Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 | Christopher A. Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004 |
| Vance Andrus<br>Andrus, Boudreaux, Lemoine & Tonore<br>1775 Sherman Street<br>Denver, CO 80203 | Russel H. Beatie<br>Beatie & Osborn, LLP<br>34th Floor<br>521 5th Avenue<br>New York, NY 10175 |

                                                s/William B. Curtis
                                                William B. Curtis