



## MEDSN ANNOUNCES APPOINTMENT OF ROBERT J. GLASER TO BOARD OF DIRECTORS
*Seasoned Merck Executive and EVP of Ancillary Care Management to Provide Strategic Guidance and Direction*

[back]

**Los Angeles, CA – August 18, 2003** – Medsn, Inc., the premier interactive medical education and marketing company, today announced the appointment of Robert J. Glaser to the Company's Board of Directors.

Mr. Glaser possesses more than 25 years of experience in the pharmaceutical and biotechnology industries. He has managed operating groups within both large and emerging companies and has served as a consultant to CEOs and Boards of Directors when planning the strategic growth of their organizations. He recently joined Ancillary Care Management, a healthcare management company, as Executive Vice President of Sales and Marketing. Prior to this position, Mr. Glaser was an executive search consultant for Caliber Associates. He also served as President of McKesson Pharmaceutical Partners Group, a marketing and patient services business that is focused on improving return on investment (ROI) for pharmaceutical companies.

Mr. Glaser spent more than 20 years with Merck & Co., Inc., where he commenced his career as a sales representative, and after many assignments of increasing responsibility, became Senior Vice President of Marketing for Merck's US Human Health Group. Most notably, he was instrumental in the formation of the Merck Vaccine Division, where he created and provided strategic leadership for a new division to commercialize vaccines worldwide. As a Senior Vice President of Marketing, Glaser was responsible for the US launch of several key brands, including Fosamax® for osteoporosis. Additionally, he has commercialization expertise in the areas of cardiovascular, metabolic, CNS, osteoporosis, anti-inflammatory, antiviral, ophthalmologic, and oncology products and in adult and pediatric vaccines.

Mr. Glaser earned a Bachelors degree in biology from Gettysburg College and a Masters of Management degree from Kellogg School of Business at Northwestern University. He currently sits on the Board of Directors of ViroPharma Inc. and MicroMass Communications, Inc.

"We are most enthused to have a renowned and highly respected industry veteran and innovator on our Board. Bob's expertise, background, and direction will be of invaluable assistance as Medsn continues to achieve its strategic growth initiatives," stated Dennis Bonilla, CEO.

Robert Glaser added, "I am truly excited about working with the Medsn team at this critical time in the organization's development. Medsn has certainly created an innovative and engaging educational platform, having unique applications across both sales training of pharmaceutical and medical sales representatives, as well as physicians and other healthcare providers. I'm fully confident that Medsn will continue to lead and outpace the competition in this dynamic and rapidly growing field of healthcare learning and I am eager to contribute my experience and ideas toward its success."

### About Medsn

Medsn is a premier medical education and marketing company that designs and implements customized, interactive educational programs for pharmaceutical, medical device, biotechnology, and healthcare organizations. Medsn focuses exclusively on health care and employs an in-house staff of physicians, marketing experts, industry executives, medical illustrators, and technology specialists who possess unique expertise in effectively leveraging interactive multimedia technologies with traditional educational methodologies to develop high-impact programs that influence the behavior of physicians, healthcare professionals, and patients, as well as pharmaceutical and medical device sales representatives.

Medsn is recognized within the healthcare industry for its in-depth medical and life sciences domain knowledge, state-of-the-art learning platform, and proven expertise in client services. Medsn delivers ROI through efficient, effective behavior-changing solutions.

The company is supported by key academic advisors at premier institutions, including Yale, Johns Hopkins, UC San Francisco, Oxford, and Cambridge, as well as leading experts in the fields of sales and marketing, communications and learning.

**Contact**



Media
Cynthia DeMonte
DeMonte Associates
212-605-0525
cdemonte@demonte.com

Investors
Roger Moody
Medsn, Inc.
847.475.2800
roger.moody@medsn.com

[back to top]

*Chicago* 847.475.2800  *Los Angeles* 310.481.7200  *New York* 201.915.0314

Copyright 2004, Medsn. All rights reserved.  Terms of Use | Privacy Policy | Sitemap