<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 19th day of November, 2007, I caused a copy of the foregoing DEFENDANT MERCK & CO., INC.'s OPPOSITION TO PLAINTIFFS' MOTION TO REMAND and DECLARATION OF WILLIAM J. BEAUSOLEIL to be served via first-class mail, postage prepaid, on the following:

Bruce Mayfield.
FEINBERG GRANT MAYFIELD KANEDA & LITT, LLP
2 San Joaquin Plaza, Suite 180
Newport Beach, CA 92660

Joseph Kaneda
FEINBERG GRANT MAYFIELD KANEDA & LITT, LLP
4695 MacArthur Court, Suite 430
Newport Beach, CA 92660

William B. Curtis.
Alexandra V. Boone, Esq.
MILLER CURTIS & WEISBROD, L.L.P.
11551 Forest Central Dr., Suite 300
Dallas, TX 75243

Anthony G. Brazil
MORRIS, POLICH & PURDY, LLP
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017-2503

Christopher A. Seeger
SEEGER WEISS
One William Street, 10th Floor
New York, NY 10004-2502

Terry O. Tottenham
FULBRIGHT & JAWORSKI, LLP
600 Congress Avenue, Suite 2400
Austin, TX 78701-2011

Katharine R. Latimer
SPRIGGS & HOLLINGSWORTH
1350 I Street, NW
9th Floor
Washington, D.C. 20005

60043298_1.DOC

Timothy M. O'Brien
LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER
& PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502

Vance Andrus
ANDRUS, BOUDREAUX, LEMOINE & TONORE
1775 Sherman Street
Denver, CO 80203

Russel H. Beatie
BEATIE & OSBORN, LLP
521 5th Avenue, 34th Floor
New York, NY 10175

    The above address has appeared on the prior papers in this action as the office address of the attorneys for Plaintiffs.

    Deponent is over the age of 18 years and not a party to this action.

    I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on November 19, 2007

_____
Sarah A. Binder

60043298_1.DOC