IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> FOSAMAX PRODUCTS LIABILITY LITIGATION <br><br> *This Document Relates To*: <br><br> **CARRIE SMITH, et al** <br><br>             **PLAINTIFFS,** <br><br>     -vs.- <br><br> **MERCK & CO., INC. and MCKESSON CORPORATION** <br><br>             **DEFENDANT.** | 1:06-MD-1789 (JFK) <br><br> Cause No. <u>1:07-CV-09564-JFK</u> |

## NOTICE OF APPEARANCE

TO THE CLERK:

 Kindly enter my appearance on behalf of plaintiffs in the above captioned matter.

Dated: November 21, 2007

            Respectfully submitted,

            <u>/s/ Alexandra V. Boone</u>
            **ALEXANDRA V. BOONE**
            Texas State Bar No. 00795259
            **LAW OFFICES OF MILLER , CURTIS & WEISBROD, L.L.P.**
            11551 Forest Central Drive, Suite 300
            Dallas, Texas 75243-3924
            Telephone:  (214) 987-0005
            Fax:  (214) 739-4732
            E-Mail:  aboone@mcwlawfirm.com

            **ATTORNEY FOR PLAINTIFFS**

**Certificate of Service**

       I hereby certify that on November 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and additionally sent notification to counsel as follows:

| | |
|---|---|
| Anthony G. Brazil<br>Morris, Polich & Purdy, LLP<br>1055 West Seventh Street<br>24th Floor<br>Los Angeles, CA 90017-2503 | Bruce Mayfield<br>Feinberg, Grant, Mayfield, Kaneda & Litt<br>2 San Joaquin Plaza, Suite 180<br>Newport Beach, CA 92660 |
| Douglas C. Emhoff<br>Jeffrey M. Tanzer<br>Venable, LLP<br>2049 Century Park East<br>21st Floor<br>Los Angeles, CA 90067 | Christopher A. Seeger<br>Seeger Weiss<br>One William Street, 10th Floor<br>New York, NY 10004-2502 |
| Russel H. Beatie<br>Beatie & Osborn, LLP<br>34th Floor<br>521 5th Avenue<br>New York, NY 10175 | Terry O. Tottenham<br>Fulbright & Jaworski, LLP<br>600 Congress Avenue, Suite 2400<br>Austin, TX 78701-2011 |
| Katharine R. Latimer<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>9th Floor<br>Washington, DC 20005 | Christina L. Gaarder<br>Venable, LLP<br>Two Hopkins Plaza, Suite 1800<br>Baltimore, MD 21201-2978 |
| Timothy M. O'Brien<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502 | Vance Andrus<br>Andrus, Boudreaux, Lemoine & Tonore<br>1775 Sherman Street<br>Denver, CO 80203 |

                /s/ Alexandra V. Boone
                **Alexandra V. Boone**