## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of April, 2008, I caused copies of the foregoing Motions to Dismiss to be served via first-class mail, postage prepaid, on the following:

    Feinberg, Grant, Mayfield, Kaneda and Litt
    Bruce Mayfield
    Joseph Kaneda
    Ross W. Feinberg
    Two San Joaquin Plaza, Suite 180
    Newport Beach, CA 92660

    Miller Curtis and Weisbrod
    William B. Curtis
    Alexandra V. Boone
    11551 Forest Central Drive Suite 300
    Dallas, TX 75243

    Morris Polich & Purdy
    Anthony G. Brazil
    Megan S. Wynne
    Wendi J. Frisch
    1055 West 17th St, 24th Fl
    Los Angeles, CA 90017-2503

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 16, 2008

                                                                     /s/
                                                              Julie A. Calidonio