## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April, 2008, I caused copies of the foregoing Motions to Dismiss to be served via first-class mail, postage prepaid, on the following:

Feinberg, Grant, Mayfield, Kaneda and Litt
Bruce Mayfield
Joseph Kaneda
Ross W. Feinberg
Two San Joaquin Plaza, Suite 180
Newport Beach, CA 92660

Miller Curtis and Weisbrod
William B. Curtis
Alexandra V. Boone
11551 Forest Central Drive Suite 300
Dallas, TX 75243

Morris Polich & Purdy
Anthony G. Brazil
Megan S. Wynne
Wendi J. Frisch
1055 West 17th St, 24th Fl
Los Angeles, CA 90017-2503

The above addresses have appeared on the prior papers in this action as the office address of the attorneys for Plaintiff.

Deponent is over the age of 18 years and not a party to this action.

I further certify under penalty of perjury that under the laws of the United States of America the foregoing is true and correct.

Executed on April 16, 2008

                                                       /s/
                                      Julie A. Calidonio