Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: FOSAMAX PRODUCTS LIABILITY LITIGATION )<br>)<br>_____ )<br>*This Document Relates to:* )<br>Carrie Smith, et al. )<br>v. Merck & Co., Inc., et al. )<br>Case No: 1:07-cv-9564-JFK )<br>_____ ) | MDL NO. 1789<br>1:06-md-1789 (JFK) |

## DECLARATION OF THEODORE V. H. MAYER

THEODORE V. H. MAYER declares as follows:

      1.     I am an attorney admitted to practice before this Court and a partner at Hughes Hubbard & Reed LLP, attorneys for Defendant Merck & Co., Inc. ("Merck"). I am familiar with the facts set forth herein. I make this declaration based on my own personal knowledge and the business records of the Firm.

      2.     I make this declaration in support of the Motion of Defendant Merck & Co., Inc. to Dismiss with Prejudice for Failure to Provide Plaintiff Profile Form.

      3.    A true and correct copy of the letter from counsel for Merck to Plaintiff's counsel, dated October 30, 2007 is attached hereto as Exhibit 1.

      4.    A true and correct copy of the letter from counsel for Merck to Plaintiff's counsel, dated January 2, 2008 (inadvertently written as "2007") is attached hereto as Exhibit 2.

      5.    A true and correct copy of the letter from counsel for Merck to Plaintiff's counsel, dated February 4, 2008 is attached hereto as Exhibit 3.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                  /s/
                                     Theodore V. H. Mayer

Executed this
16th day of April, 2008