Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

Paul F. Strain
M. King Hill, III
David J. Heubeck
VENABLE LLP
Two Hopkins Plaza, Suite 1800
Baltimore, Maryland 21201
(410) 244-7400

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: FOSAMAX PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |
| _____ | ) | MDL NO. 1789 |
| *This Document Relates to:* | ) | 1:06-md-1789 (JFK) |
| Carrie Smith, et al. | ) | |
| v. Merck & Co., Inc., et al. | ) | |
| Case No: 1:07-cv-9564-JFK | ) | |
| _____ | ) | |

**NOTICE OF MOTION OF DEFENDANT MERCK & CO., INC. TO DISMISS THE
CLAIMS OF PLAINTIFF ANGELINA GRBAC
<u>WITH PREJUDICE FOR FAILURE TO PROVIDE PLAINTIFF PROFILE FORM</u>**

PLEASE TAKE NOTICE that, upon the Notice of Motion of Defendant Merck &

Co., Inc., the Declaration of Theodore V. H. Mayer, and the accompanying Memorandum of

Law in Support of its Motion to Dismiss with Prejudice for Failure to Provide Plaintiff Profile

Form, Defendant Merck & Co., Inc. will move this Court before the Honorable Judge John F.

Keenan, in the United States Courthouse for the Southern District of New York, for an Order

dismissing the claims of Plaintiff Angelina Grbac with prejudice for failure to provide any response to the Plaintiff Profile Form as required by Case Management Order No. 3.

Dated:  New York, New York

   April 16, 2008

                              Respectfully submitted,

                              HUGHES HUBBARD & REED LLP


                              By: _____/s/_____
                                   Norman C. Kleinberg
                                   Theodore V. H. Mayer
                                   William J. Beausoleil

                              One Battery Park Plaza
                              New York, New York 10004-1482
                              (212) 837-6000

                              Paul F. Strain
                              M. King Hill, III
                              David J. Heubeck
                              VENABLE LLP
                              Two Hopkins Plaza, Suite 1800
                              Baltimore, Maryland 21201
                              (410) 244-7400

                              *Attorneys for Defendant Merck & Co., Inc.*