USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-25-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE: Fosamax Products Liability  :        MDL No. 1789
Litigation
                                   :
                                            1:06-md-1789 (JFK)
- - - - - - - - - - - - - - - - - - - - - - - - - - - ---x   **Order**
*This Document Relates to*: All Actions :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

JOHN F. KEENAN, United States District Judge:

        Defendant Merck has requested that I hear the motion to
compel which Plaintiffs filed on April 18, 2008 before Magistrate
Judge Francis.  The motion appears to raise discovery issues that
may have a broad impact on this MDL and, therefore, I would
prefer to resolve the motion.  Per the parties' stipulated
briefing schedule, Merck's response is due on May 12, 2008 and
Plaintiff's reply is due on May 19, 2008.


SO ORDERED.

Dated:    New York, New York
          April 24, 2008


                              John F. Keenan
                        _____
                              JOHN F. KEENAN
                        United States District Judge