USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-29-08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

IN RE: FOSAMAX PRODUCTS LIABILITY :
LITIGATION                          :          **MDL No. 1789**
                                    x
_This Document Relates to_          :
                                               1:07-cv-9564  (JFK)
Carrie Smith, et al. v. Merck &     :
Co., Inc., et al., 1:07-cv-9564(JFK)           **ORDER**
                                    :
------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

        The Court having granted plaintiffs' motion to remand,

this case is closed.  Defendant's motions to dismiss (Dckt. Nos.

23, 26 and 29) are DISMISSED as MOOT.


**SO ORDERED.**

**Dated:**          **New York, New York**
                    **July 29, 2008**

                                        _John F. Keenan_

                                        **JOHN F. KEENAN**
                                        **United States District Judge**